NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CURTISS-WRIGHT CORPORATION, | : | |
| | : | Civil Action No. 11-04416(SDW) |
| Plaintiff, | : | |
| v. | : | |
| | : | **ORDER** |
| CNA FINANCIAL CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | March 28, 2012 |
| | : | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on January 26, 2012, regarding Defendants' motion to dismiss CNA Financial Corp. ("CNAF") as a defendant as well as Plaintiff's cross-motion to remand the pending insurance coverage action to the Superior Court of New Jersey, Law Division, Morris County.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS, on this 28th day of March, 2012,

**ORDERED** that the R&R of Magistrate Judge Arleo filed on January 26, 2012, is **ADOPTED** by this Court; and it is further

**ORDERED** that Defendants' motion to dismiss CNAF as a party defendant is **GRANTED**, and it is further

**ORDERED** that Plaintiff's cross-motion to remand is **DENIED.**

**SO ORDERED.**

<u>s/Susan D. Wigenton, U.S.D.J.</u>

cc:	Clerk
	Magistrate Judge Madeline C. Arleo